# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Aaron Cline,<br><br>　　　　　　　　　Defendants. | Cause No. 3:24-cr-30024-CRL-KLM-3<br><br>**MOTION TO CONTINUE** |

## Defendant's Second Motion to Continue

NOW COMES THE UNDERSIGNED, the Defendant, Aaron Cline, by and through his attorney, Adam W. Ghrist, of Finegan Rinker & Ghrist, and hereby moves this Court to continue the pretrial conference, jury trial, and all pretrial motion filing deadlines, for his Motion to Continue states as follows:

1. This matter is currently set for trial on November 5, 2024, with a pretrial hearing on October 24, 2024.

2. The Government has represented that there is a small amount of additional discovery to be tendered.

3. Therefore, additional time is necessary to review discovery.

4. Counsel has consulted with the Defendant about the need for a continuance of this case.

5. The ends of justice are best served to continue this cause for an additional pretrial hearing and to continue the jury trial.

WHEREFORE, the Defendant prays this court will continue this cause.

RESPECTFULLY SUBMITTED

By: /s/ *Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
Adam W. Ghrist
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Fax: (309) 306-0106
Email:  adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Aaron Cline,<br><br>                Defendants. | Cause No. 3:24-cr-30024-CRL-KLM-3<br><br>**CERTIFICATE OF SERVICE** |

I, Adam W. Ghrist, certify that on October 22, 2024, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            By: */s/ Adam W. Ghrist*
                                            FINEGAN, RINKER & GHRIST
                                            Adam W. Ghrist
                                            111 W. Front Street
                                            Bloomington, IL  61701
                                            Phone: (309) 827-0388
                                            Fax: (309) 306-0106
                                            Email:  adam@frglawfirm.com
                                            Illinois Attorney Reg. No.: 6292879