IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Aaron Cline,<br><br>        Defendants. | Cause No. 3:24-cr-30024-CRL-KLM-3<br><br><br>**MOTION TO CONTINUE** |

Defendant Cline Motion to Continue

NOW COMES THE UNDERSIGNED, the Defendant, Aaron Cline, by and through his attorney, Adam W. Ghrist, of Finegan Rinker & Ghrist, and hereby moves this Court to continue the pretrial conference, jury trial, and all pretrial motion filing deadlines, for his Motion to Continue states as follows:

1.     This matter is currently set for trial on December 3, 2024, with a pretrial hearing on November 21, 2024.
2.     The Government has represented that there is a small amount of additional discovery to be tendered. Therefore, additional time is necessary to review discovery.
3.     The ends of justice are best served to continue this cause for an additional pretrial hearing and to continue the jury trial.

WHEREFORE, the Defendant prays this court will continue this cause.

RESPECTFULLY SUBMITTED

By: /s/ *Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Email:  adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879

1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Aaron Cline,<br><br>    Defendants. | Cause No. 3:24-cr-30024-CRL-KLM-3<br><br><br>**CERTIFICATE OF SERVICE** |

  I, Adam W. Ghrist, certify that on November 18, 2024, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              By: */s/ Adam W. Ghrist*
              FINEGAN, RINKER & GHRIST
              Adam W. Ghrist
              111 W. Front Street
              Bloomington, IL  61701
              Phone: (309) 827-0388
              Fax: (309) 306-0106
              Email:  adam@frglawfirm.com
              Illinois Attorney Reg. No.: 6292879