# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America, | Cause No. 3:24-cr-30024 |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE** |
| Aaron Cline, | |
| Defendants. | |

Defendant Cline Motion to Continue

NOW COMES THE UNDERSIGNED, the Defendant, Aaron Cline, by and through his attorney, Adam W. Ghrist, of Finegan Rinker & Ghrist, and hereby moves this Court to continue the pretrial conference, jury trial, and all pretrial motion filing deadlines, for his Motion to Continue states as follows:

1. This matter is currently set for trial on February 4, 2025, with a pretrial hearing on January 23, 2025.
2. The Defendant is requesting a continuance to continue to review discovery and negotiate with the Government.
3. Counsel has consulted with the Defendant about the need for a continuance of his case.
4. The ends of justice are best served to continue this cause for an additional pretrial hearing and to continue the jury trial.

WHEREFORE, the Defendant prays this court will continue this cause.

RESPECTFULLY SUBMITTED
By: /s/ *Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Email:  adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879

1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America, <br><br>        Plaintiff, <br><br> v. <br><br> Aaron Cline, <br><br>        Defendants. | Cause No. 3:24-cr-30024 <br><br> **CERTIFICATE OF SERVICE** |

I, Adam W. Ghrist, certify that on January 21, 2025, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
Adam W. Ghrist
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Fax: (309) 306-0106
Email: adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879