# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America, | Cause No. 3:24-cr-30024 |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE** |
| Aaron Cline, | |
| Defendants. | |

Defendant Cline Motion to Continue

NOW COMES THE UNDERSIGNED, the Defendant, Aaron Cline, by and through his attorney, Adam W. Ghrist, of Finegan Rinker & Ghrist, and respectfully asks this Court to continue the sentencing hearing, and in support states as follows:

The sentencing hearing is currently set for January 14, 2026. There remain issues that need to be addressed prior to the sentencing. The Government has no objection to the continuance. The parties ask to contribute to scheduling on a date that is convenient with the Court via email and chambers. The ends of justice are best served to continue this cause as requested herein.

WHEREFORE, the Defendant prays this court will continue this cause.

RESPECTFULLY SUBMITTED
By: /s/ *Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Email:  adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Cause No. 3:24-cr-30024 |
| v. | |
| Aaron Cline, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Adam W. Ghrist, certify that on January 12, 2026, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Adam W. Ghrist*
FINEGAN, RINKER & GHRIST
Adam W. Ghrist
111 W. Front Street
Bloomington, IL 61701
Phone: (309) 827-0388
Fax: (309) 306-0106
Email: adam@frglawfirm.com
Illinois Attorney Reg. No.: 6292879